IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANEERAH S. LEE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T.U.C.S. CLEANING SERVICES INC.<br><br>　　　　Defendants. | CIVIL ACTION NO. 23-CV-01 |

## ORDER

**AND NOW,** this 15th day of November 2023, pursuant to the letter from counsel, and the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

| | |
|---|---|
| **From:** | Stephanie Mensing <stephanie@mensinglaw.com> |
| **Sent:** | Wednesday, November 15, 2023 2:22 PM |
| **To:** | Chambers of Judge Cynthia M Rufe |
| **Cc:** | Frank R. Emmerich Jr.; Vincent Silvanio |
| **Subject:** | Aneerah S. Lee v. T.U.C.S. Cleaning Services, Inc.; No. 23-cv-00001 |

Dear Chambers of Judge Rufe:

Pursuant to Judge Rufe's Policies and Procedures, I am writing to advise Judge Rufe that the parties have settled this matter, and the case may be dismissed.

Respectfully,
Stephanie Mensing


Stephanie J. Mensing
Mensing Law LLC
Philadelphia | Malvern
215-586-3751 (office)
215-359-2741 (fax)
215-978-9667 (text)
www.mensinglaw.com

